AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Michigan

| | |
|---|---|
| United States of America<br>v.<br>LAMAR IMMANUEL-DONTRICE BELL<br><br>*Defendant(s)* | Case No.<br>1:21-mj-266 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  January 21, 2021  in the county of  Kalamazoo  in the  Western  District of  Michigan , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:
See attached continuation

☑ Continued on the attached sheet.

*Complainant's signature*  5.14.21

SA Theodore Westra, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  05/14/2021

*Judge's signature*

City and state:  Grand Rapids, Michigan

Phillip J. Green, U.S. Magistrate Judge
*Printed name and title*