UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - - - - -

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

LAMAR IMMANUEL-DONTRICE BELL,

      Defendant.

_____/   **INDICTMENT**

The Grand Jury charges:

### **COUNT 1**
(Felon in Possession of Firearm)

On or about January 21, 2021, in Kalamazoo County, in the Southern Division of the Western District of Michigan, the defendant,

LAMAR IMMANUEL-DONTRICE BELL,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a loaded KEL-TEC CNC Industries, Inc., Model SUB 2000, 9mm rifle, serial number FFQT11, and the firearm was in and affecting commerce.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(2)

## COUNT 2
(Felon in Possession of Ammunition)

On or about January 21, 2021, in Kalamazoo County, in the Southern Division of the Western District of Michigan, the defendant,

LAMAR IMMANUEL-DONTRICE BELL,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a round of 9mm ammunition and a round of .40 caliber ammunition, and the ammunition was in and affecting commerce.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(2)

## FORFEITURE ALLEGATION

The allegations contained in Count 1 and 2 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c). Upon conviction of an offense for violation of 18 U.S.C. § 922(g)(1) set forth in this Indictment,

LAMAR IMMANUEL-DONTRICE BELL

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearm and ammunition involved in or used in the offense, including, but not limited to, the following:

1. KEL-TEC CNC Industries, Inc., Model SUB 2000, 9mm rifle, serial number FFQT11;
2. 27 rounds of 9mm ammunition; and
3. M&P 40 magazine with one round of .40 caliber ammunition.

18 U.S.C. § 924(d)(1)
28 U.S.C. § 2461(c)
18 U.S.C. § 922(g)(1)

A TRUE BILL

_____
GRAND JURY FOREPERSON

ANDREW BYERLY BIRGE
United States Attorney

_____
DANIEL Y. MEKARU
Assistant United States Attorney